FILED

07 DEC 12 PM 2: 45

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIL LAWRENCE, et al.,<br><br>      Plaintiff,<br><br>vs.<br><br>LARRY JOHNSON, et al.,<br><br>      Defendant. | CASE NO. 05cv1259 JLS (WMc)<br><br>CONSENT OF PLAINTIFF DR. JOHN FLAXEL AND DEFENDANTS MICHAEL A, PARSONS AND KYRO, INC., TO PROCEED BEFORE MAGISTRATE JUDGE MCCURINE FOR JURISDICTION OVER SETTLEMENT AS BETWEEN THE SETTLING PARTIES ONLY |
| GIL LAWRENCE, et al.,<br><br>      Plaintiff,<br><br>vs.<br><br>MIKE PARSONS, et al.,<br><br>      Defendant. | |
| MIKE PARSONS, et al.,<br><br>      Plaintiff,<br><br>vs.<br><br>LARRY JOHNSON, et al.,<br><br>      Defendant. | |

At the December 7, 2007, Mandatory Settlement Conference, Plaintiff Dr. John Flaxel, and

Defendants Michael A. Parsons and Kyro, Inc. settled the above-entitled matter *as between them only.*

1        In accordance with the provisions of 28 U.S.C. § 636(c), Dr. John Flaxel, Michael A. Parsons

2   and Kyro, Inc. waive their right to proceed before a United States District Judge and consent to have

3   United States Magistrate Judge William McCurine, Jr. conduct further proceedings with respect to the

4   settlement, including the order for the entry of judgment *as between them only.* Judge McCurine shall

5   have continuing jurisdiction to resolve any and all disputes pertaining to the settlement documents

6   between Dr. John Flaxel, Michael A. Parsons and Kyro, Inc., as well as enforcement of and

7   compliance with the settlement agreement between the aforementioned parties. Dr. John Flaxel,

8   Michael A. Parsons and Kyro, Inc. waive any right to appeal from or collaterally attack any ruling by

9   Judge McCurine.

DR. JOHN FLAXEL, Plaintiff

R. PATRICK McCULLOGH, Attorney for Plaintiff

MICHAEL A. PARSONS, Defendant

MICHAEL A. PARSONS, for Defendant KYRO, INC.

KENNTH E. LANGE, Attorney for Defendant

**IT IS SO ORDERED:**

Date: 12/11/07

HON. JANIS L. SAMMARTINO
UNITED STATES DISTRICT COURT

- 2 -

05cv1259 JLS (WMc)