**UNITED STATES DISTRICT COURT**

**FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GIL LAWRENCE, et al.,<br><br>        Plaintiffs,<br><br>v.<br><br>LARRY JOHNSON, et al.<br><br>        Defendants.<br><br>GIL LAWRENCE, et al.,<br><br>        Plaintiffs,<br><br>v.<br><br>MIKE PARSONS, et al.<br><br>        Defendants. | **(Lead) Case No. 05 CV 1259 JLS (WMc)**<br>(Consolidated) Case No. 05 CV 1404 BEN (RBB)<br><br>**ORDER GRANTING JOINT MOTION OF PLAINTIFFS GEORGE BISHOP, JANET BISHOP AND GEORGE AND JANET BISHOP AS TRUSTEES OF THE BISHOP LIVING TRUST AND DEFENDANTS FOR AN ORDER OF DISMISSAL WITHOUT PREJUDICE** |

Presently before the Court is the joint motion of plaintiffs George Bishop, Janet Bishop and George and Janet Bishop as Trustees of the Bishop Family Trust ("the Bishops") and Defendants for an Order of dismissal without prejudice. The moving parties seek dismissal under Federal Rule of Civil Procedure, Rule 41.

Federal Rule of Civil Procedure, Rule 41 provides:

(A)(1) Subject to the provisions of Rule 23(e), of Rule 66, and of any statute of the United States, an action may be dismissed by the plaintiff without order of the court (i) by filing a notice of dismissal at any time before service by the party of an answer or of a motion for summary judgment, whichever first occurs, or (ii)by filing a stipulation of dismissal signed by all parties who have appeared in the action. Unless otherwise stated in the notice of dismissal or stipulation, the dismissal is without prejudice....(a)(2)

Except as provided in paragraph (1) of this subdivision of this rule, an action shall not be dismissed at the plaintiff's instance save upon order of the court and upon such terms and conditions as the court deems proper....(Fed. R. Civ. R. 41.)

Having considered the papers filed in support of the Joint Motion the Court finds that the moving parties have satisfied the requirements of Federal Rules of Civil Procedure, Rule 41.

Therefore, the Court hereby GRANTS the Joint Motion of Plaintiffs and Defendants for an Order of Dismissal. The claims of plaintiffs George Bishop, Janet Bishop and George and Janet Bishop as Trustees of the Bishop Family Trust ("the Bishops") against defendants Mike Parsons, Kyro, Inc. a Texas Corporation and Kyro, Inc. a California Corporation SHALL BE dismissed <u>without</u> <u>prejudice</u>, with all parties to bear their own attorney's fees and costs.

IT IS SO ORDERED.

DATED: March 13, 2008

*Janis L. Sammartino*
Honorable Janis L. Sammartino
United States District Judge